NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ALLERGAN, INC.,
*Plaintiff-Appellee,*

v.

SANDOZ INC., ALCON LABORATORIES, INC.,
ALCON RESEARCH LTD., ALCON, INC., AND
FALCON PHARMACEUTICALS, LTD.,
*Defendants-Appellants,*

AND

APOTEX INC. AND APOTEX CORP.,
*Defendants-Appellants,*

AND

WATSON LABORATORIES, INC.,
*Defendant-Appellant.*

2011-1619, -1620, -1635, -1639

Appeals from the United States District Court for the Eastern District of Texas in consolidated case No. 09-CV-0097, Judge T. John Ward.

**ON MOTION**

## O R D E R

The appellants move without opposition for a 35-day extension of time, until July 13, 2012, to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 8 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
Jonathan E. Singer, Esq.
Robert B. Breisblatt, Esq.
Gary Edward Hood, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2012

JAN HORBALY
CLERK